| |
|---|
| UNITED STATES BANKRUPTY COURT<br>DISTRICT OF NEW JERSEY<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>**POLICARP B CRUZ,**<br><br><br>Debtor |

Case No.:  20-12347 JKS

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 7067-1

Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed. The undersigned shall immediately forward a check to the Court in the amount of $210.78, payable to the Clerk, United States Bankruptcy Court. The party entitled to said funds is listed below together with the last known address and other additional information.

Payee Name & Address:	POLICARP B CRUZ - Debtor's Refund
	20 VAN WAGENEN AVE
	JERSEY CITY, NJ  07306

Amount:	$210.78

Trustee Claim Number:	0

Reason:	Not Cashing

By:  /S/  Marie-Ann Greenberg
Dated:  November 16, 2020	MARIE-ANN GREENBERG
	CHAPTER 13 STANDING TRUSTEE